CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
May 12, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **GEORGE ALBERT HARPER,** | ) |
| Plaintiff, | ) Civil Action No. 7:25cv00022 |
| | ) |
| v. | ) **OPINION and ORDER** |
| | ) |
| **NRVRJ,** | ) By: Robert S. Ballou |
| Defendant. | ) United States District Judge |

Plaintiff George Albert Harper, previously in custody in Virginia, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. Upon his release from incarceration, the court entered an Order on March 4, 2025, directing Plaintiff to pay the full filing fee or otherwise respond within 30 days. ECF No. 22. In a separate order entered March 4, 2025, the court advised Plaintiff that the jail was not a proper "person" for suit under § 1983 and gave Plaintiff 30 days to amend his complaint. ECF No. 23. Both orders advised Plaintiff that failure to comply would result in dismissal of the case.

More than 30 days have elapsed, and Plaintiff has not responded to either Order. Accordingly, the action is **DISMISSED without prejudice**, and the Clerk shall **STRIKE** the matter from the active docket of the court.

The Clerk is further DIRECTED to send a copy of this Opinion and Order to the Plaintiff.

Enter: May 12, 2025

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge